# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE:  AMAZON.COM, INC., :  No. 124 EM 2019
FULFILLMENT CENTER FAIR LABOR :
STANDARDS ACT (FLSA) AND WAGE :
AND HOUR LITIGATION :
 :
 :
_____ :
 :
NEAL HEIMBACH; KAREN SALASKY :
 :
   v. :
 :
AMAZON.COM, INC.; :
AMAZON.COM.DEDC, LLC; INTEGRITY :
STAFFING SOLUTIONS, INC. :
 :
PETITION OF:  UNITED STATES COURT :
OF APPEALS FOR THE SIXTH CIRCUIT :

## ORDER

**PER CURIAM**

 **AND NOW**, this 27th day of December, 2019, the Petition for Certification of Question of Law is GRANTED.  The Court shall consider the following issues:

(1) Is time spent on an employer's premises waiting to undergo and undergoing mandatory security screening compensable as "hours worked" within the meaning of the Pennsylvania Minimum Wage Act, 43 P.S. §§333.101 - 333.115?

(2) Does the doctrine of *de minimis non curat lex*, as described in *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680 (1946) and *Sandifer v. U.S. Steel Corp.*, 571 U.S. 220 (2014), apply to bar claims brought under the Pennsylvania Minimum Wage Act, 43 P.S. §§333.101 - 333.115?

Neal Heimbach and Karen Salasky are DESIGNATED as Appellants. Amazon.com, Inc., Amazon.com, Amazon.com.DEDC, LLC., and Integrity Staffing Solutions, Inc., are DESIGNATED as Appellees.

The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.